June 3, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

PARHAM FAMILY LIMITED PARTNERSHIP AND
VAN E. PARHAM, JR., Appellants

NO. 14-12-00753-CV                 V.

DIANE MORGAN F/KA/ DIANE PARHAM, Appellee

**AND**

PARHAM ENTERPRISES AND RHETTA PARHAM, Appellants

NO. 14-12-00795-CV                 V.

DIANE MORGAN F/K/A DIANE PARHAM, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Diane Morgan f/k/a Diane Parham, signed August 8, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below to remove the following language from:

The Court issued a Temporary Injunction against the Defendant Parham Enterprises, Inc. on February 13, 2009 and restrained the Defendant from deeding, transferring or conveying all or part of the subject property 18610 Tomato Street, Spring, Harris County, Texas 77379 from the date of the Order and while this cause was pending or

until further order of the Court. This Temporary Injunction continues against the Defendant until 180 days after all appeals are completed or until further order from this Court.

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order appellants, Parham Enterprises, Rhetta Parham, Parham Family Limited Partnership, and Van E. Parham, Jr., jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.